AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MARY OSPINA,

*Plaintiff(s)*

v.  Civil Action No. 1:26-cv-20682-JB

NCL (BAHAMAS) LTD,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL (BAHAMAS) LTD.
By Serving Its Registered Agent and/or Any Available Agent:
Daniel S. Farkas, Esq.
7665 Corporate Center Drive
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony F. Sariol, Esq.
Goldberg & Rosen, PA
2 South Biscayne, Blvd, Suite 3650
Miami, Florida 33131
Tel: 305-374-4200
Email: pleadings@goldbergandrosen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  02/03/2026

**SUMMONS**

*s/ K. Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court